January 27, 2012

Mr. Bryce E. Benjet
Hull Hendricks LLP
221 West Sixth Street, Suite 960
Austin, TX 78701-3407

Mr. Bill Davis
Office of the Attorney General of Texas
Office of Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Honorable Rhonda G. Hurley
Travis County 98th District Judge
1000 Guadalupe
P.O. Box 1748
Austin, TX 78767

RE: Case Number: 11-0245
 Court of Appeals Number: 03-10-00276-CV
 Trial Court Number: D-1-GN-09-000051

Style: IN RE CARL BASS, PATRICIA GRUTZMACHER AND THOMAS BAUER

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed per curiam
opinion in the above-referenced case. The petition is abated and the case
is remanded to the trial court for findings of fact and conclusions of law.
 The trial court shall submit its findings to this Court no later than
March 27, 2012. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp.
 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia |
| |Rodriguez-Mendoza |